FORM B1    (Official Form 1) (9/97)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF OKLAHOMA | Voluntary Petition |
|---|---|

Case No.:

# 02-06171-R

| NAME OF DEBTOR (if individual, enter Last, First Middle): | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle): |
|---|---|
| *Ford, Christopher Lamar* | *Ford, Jeanna Marie* |

| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names): *NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS (include married, maiden, and trade names): *pka:  Jeanna Marie Perry* |
|---|---|

| SOC. SEC./TAX I.D. NO. (if more than one, state all): *442 60 2600* | SOC. SEC./TAX I.D. NO. (if more than one, state all): *431 41 2116* |
|---|---|

| STREET ADDRESS OF DEBTOR: *1322 W Pittsburg Pl Broken Arrow OK 74012* | STREET ADDRESS OF JOINT DEBTOR: *1322 W Pittsburg Pl Broken Arrow OK* |
|---|---|

| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: *Tulsa* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS: *Tulsa* |
|---|---|

| MAILING ADDRESS OF DEBTOR: *SAME* | MAILING ADDRESS OF JOINT DEBTOR: *SAME* |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):
NOT APPLICABLE

## Information Regarding the Debtor  (Check the Applicable Boxes)

VENUE (Check any applicable box)
[ X ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding date of this petition or for a longer part of such 180 days than in any other District.
[   ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

TYPE OF DEBTOR (Check all boxes that apply)
[ X ] Individual(s)        [   ] Railroad
[   ] Corporation          [   ] Stockbroker
[   ] Partnership          [   ] Commodity Broker
[   ] Other _____

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
[ X ] Chapter 7      [   ] Chapter 11   [   ] Chapter 13
[   ] Chapter 9      [   ] Chapter 12
[   ] Sec. 304 - Case ancillary to foreign proceeding

NATURE OF DEBTS (Check one box)
[ X ] Consumer/Non-Business        [   ] Business

FILING FEE (Check one box)
[ X ] Full Filing Fee attached
[   ] Filing Fee to be paid in installments (Applicable to individuals only).  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in instalments Rule 1006(b).  See Official Form No. 3.

CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)
[   ] Debtor is a small business as defined in 11 U.S.C. S101
[   ] Debtor is and elects to be considered a small business under 11 U.S.C. S1121(e) (Optional)

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[   ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ X ] Debtor estimates: after exempt property excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors.

ESTIMATED NO. OF CREDITORS:    [ X ] 16-49
ESTIMATED ASSETS (thousands):  [ X ] $100,001 to $500,000
ESTIMATED DEBTS (thousands):   [ X ] $100,001 to $500,000

(Official Form 1) (9/97)

| Voluntary Petition | NAME OF DEBTOR(S): | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case) | *Christopher Lamar Ford and Jeanna Marie Ford* | |

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| LOCATION WHERE FILED:<br>*none* | CASE NUMBER:<br>*none* | DATE FILED:<br>*none* |
|---|---|---|

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| NAME OF DEBTOR:<br>*NONE* | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT: | RELATIONSHIP: | JUDGE: |

### SIGNATURES

**SIGNATURE(S) OF DEBTOR(S) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, understand the relief available under each such chapter and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X _____
Debtor: *Christopher Lamar Ford*

X _____
Joint Debtor: *Jeanna Marie Ford*

Date: Dec 4, 2002

**SIGNATURE OF ATTORNEY**

X _____
Attorney: *Thomas O. Matthews OBA#5788*
Bar No.:
Firm Name: MATTHEWS & ASSOCIATES, ATTORNEYS, P.C.
Address: *4137 S. Harvard Ave.*
*Suite G*
*Tulsa OK 74135*
Telephone No: *(918)743-1912*
Date: Dec 5, 2002

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K & 10Q) with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

[ ] Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.

X _____
Attorney: *Thomas O. Matthews OBA#5788*
Date: Dec 5, 2002

---

**SIGNATURE OF DEBTOR (Corporation/Partnership)**

Not Applicable.  Not a Corporation.

### Exhibit C

Does the debtor own or have possession of any property that poses or alleged to pose a threat of imminent and identifiable harm to public health or safety?

[ ] Yes, and Exhibit C is attached and made a part of this petition.

[X] No

**SIGNATURE OF NON-ATTORNEY PETITION PREPARER**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Name:
Social Security Number:
Address:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X NOT APPLICABLE
Signature of Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 USC S110; 18 USC S156

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re  *Christopher Lamar Ford*
    and
    *Jeanna Marie Ford*

Case No.
Chapter 7

_____ / Debtors

Attorney for Debtor: Thomas O. Matthews OBA#5788

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 136,600.00 | | |
| B – Personal Property | Yes | 3 | $ 12,975.00 | | |
| C – Property Claimed As Exempt | Yes | 1 | | | |
| D – Creditor Holding Secured Claims | Yes | 1 | | $ 127,494.00 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 11,420.00 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,802.22 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,931.00 |
| Total Number of sheets in ALL Schedules > | | 16 | | | |
| Total Assets > | | | $ 149,575.00 | | |
| Total Liabilities > | | | | $ 138,914.00 | |

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors     Case No.

### SCHEDULE A — REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *aka 1322 W Pittsburg Pl, BA OK* *See Legal Description, Schedule A Attachment* | | J | $ 136,600 | $ 114,219 |
| | | Total | $ 136,600 | |

Schedule A – page 1 of 1

FORM 8 - Copyright© by BURKHART'S Legal Forms          Tulsa, OK

Mailing Address  FORD 1322 W. PITTSBURG PL, BROKEN ARROW, OK. 74012  *(for Filing Only)*

# General Warranty Deed
### (Corporation Form with Survivorship Clause)

Rev. $157.50

THIS INDENTURE, Made this 9TH day of OCTOBER , 1998
between _____ ROLAND HOMES, INC. _____

a corporation, organized under the laws of the State of OKLAHOMA
of the County of    WAGONER    State of Oklahoma, party of the first
part, and  Christopher Lamar Ford, Sr. and Jeanna
Marie Perry Ford, husband and wife,
_____ party of the second part.

WITNESSETH, That in consideration of the sum of
TEN AND NO/100-------------------------------------------DOLLARS ($ 10.00 ),
the receipt of which is hereby acknowledged, said party of the first part does, by these presents, grant,
bargain, sell and convey unto said part IES of the second part, and on the death of one the survivor to take
the entire fee simple title, THIER heirs, executors or administrators, all of the following described real
estate, situated in the County of    TULSA    , State of Oklahoma, to-wit:

LOT ELEVEN (11), BLOCK NINE (9), VANDEVER TRAILS,
AN ADDITION TO THE CITY OF BROKEN ARROW, TULSA
COUNTY, STATE OF OKLAHOMA. ACCORDING TO THE
RECORDED PLAT THEREOF.

OKLAHOMA Documentary
TAX
157.50

TO HAVE AND TO HOLD THE SAME, not as tenants in common, but as joint tenants, with the fee
simple title in the survivor, heirs executors or administrators, together with all and singular the tenements,
hereditaments and appurtenances thereto belonging or in any wise appertaining forever.
And said  PARTY OF THE FIRST PART _____ said part IES of the
its successors or assigns, does hereby covenant, promise and agree to and with said part IES of the
second part at the delivery of these presents, it is lawfully seized of an absolute and indefeasible estate of
inheritance in fee simple, of and in all singular, the above granted and described premises, with the appur-
tenances; that the same are free, clear, and discharged and unencumbered of and from all former and other
grants, titles, charges, estates, judgements, taxes, assessments and encumbrances, of whatsoever nature
and kind, EXCEPT, Easements and building restrictions of record and special assessments not yet due;

and that said Corporation will WARRANT and FOREVER DEFEND the same unto said part IES of the
second part  THEIR heirs, executors or administrators, against said party of the first part, their successors
or assigns, and all and every person or persons whomsoever, lawfully claiming or to claim the same.
IN WITNESS WHEREOF, The said party of the first part hereto has caused these presents to be signed
in its name by its president, and the corporate seal to be affixed, attested by its  SECRETARY _____
at  COMETA, OKLAHOMA _____  the day and year first above written.

CORPORATION
SEAL

ROLAND HOMES, INC.
Name of Corporation

ATTEST:
By  Teresa Lormer
TERESA LORMER          Secretary

By  Dlare
PHIL ROLAND          President

STATE OF OKLAHOMA   } ss
County of    TULSA

*(Corporation Acknowledgment)*

Before me, the undersigned, a Notary Public, in and for said County and State, on this  9TH  day of
OCTOBER , 1998 , personally appeared  PHIL ROLAND
_____ to be the identical person    who subscribed the name of the maker thereof to the foregoing
_____ as its  PRESIDENT _____ , and acknowledged to me that  HE _____ executed the
same as  it's  IS _____ free and voluntary act and deed of such corporation, for the uses and purposes
_____ set forth.
_____ under my hand and seal of office the day and year last above written.
_____ commission expires:
_____ 24-2001

Gloria Barnett
Notary Public          GLORIA BARNETT

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors        Case No.

## SCHEDULE B – PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. *cash* | | J | $ 50 |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. *Arvest State Bank, Checking, overdrawn* | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. *gas 40; water 50* | | J | $ 90 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *FURNITURE: LR $100; BR $50; DR $100; Micro $50; washer 150* | | J | $ 450 |
| *dryer 75; stove 300; frig 500; vcr 25; tv 75; tv 80; tv 80* | | J | $ 1,135 |
| *stereo 75; compuer 600; printer 100* | | J | $ 775 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. *Household books, pictures, tapes* | | J | $ 710 |
| 6. Wearing apparel. *clothing* | | J | $ 400 |
| 7. Furs and jewelry. *Wedding Rings* | | J | $ 200 |
| *Watch* | | J | $ 10 |
| *Costume Jewelry* | | J | $ 50 |
| 8. Firearms and sports, photographic, and other hobby equipment. *Camera, toys, games* | | J | $ 30 |
| 9. Interests in insurance policies. [x] NONE | | | |
| 10. Annuities. [x] NONE | | | |

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors      Case No.

## SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.
    [x] NONE

12. Stock and interests in incorporated and unincorporated businesses.
    [x] NONE

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors     Case No.

## SCHEDULE B — PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | | |
| *1997 Pontiac Transport* | | J | $ 6,535 |
| *1994 Ford Taurus, no lien* | | J | $ 2,500 |
| 24. Boats, motors, and accessories. [x] NONE | | | |
| 25. Aircraft and accessories. [x] NONE | | | |
| 26. Office equipment, furnishings, and supplies. [x] NONE | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. [x] NONE | | | |
| 28. Inventory. [x] NONE | | | |
| 29. Animals. [x] NONE | | | |
| 30. Crops – growing or harvested. [x] NONE | | | |
| 31. Farming equipment and implements. [x] NONE | | | |
| 32. Farm supplies, chemicals, and feed. [x] NONE | | | |
| **33.** Other personal property of any kind not already listed. *Household tools, yard tools* | | J | $ 40 |
| | | Total | $ 12,975 |

In re: _Christopher Lamar Ford and Jeanna Marie Ford_ / Debtors    Case No.

## SCHEDULE C – PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(2): Exemptions available under applicable nonbankruptcy
                      federal laws, and state or local laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | $ 136,600 |
| aka 1322 W Pittsburg Pl, BA OK | | | |
| See Legal Description, Schedule A Attachment | | | |
| | Okla. Stat. Ann. Tit. 31 S1.A.1 | $ 136,000 | |
| **Cash on hand** | | | $ 50 |
| cash | | | |
| | O.S.A Tit. 31 S1 A.18. Wages 90 days | $ 50 | |
| **Household goods and furnishings** | | | $ 450 |
| FURNITURE: LR $100; BR $50; DR $100; Micro $50; washer 150 | | | |
| | Okla. Stat. Ann. Tit. 31 S1 A.3 | $ 450 | |
| dryer 75; stove 300; frig 500; vcr 25; tv 75; tv 80; tv 80 | | | $ 1,135 |
| | Okla. Stat. Ann. Tit. 31 S1 A.3 | $ 1,135 | |
| stereo 75; compuer 600; printer 100 | | | $ 775 |
| | Okla. Stat. Ann. Tit. 31 S1 A.3 | $ 775 | |
| **Books, pictures, art and collections** | | | $ 710 |
| Household books, pictures, tapes | | | |
| | Okla. Stat. Ann. Tit. 31 S1 A.7 | $ 710 | |
| **Wearing apparel** | | | $ 400 |
| clothing | | | |
| | Okla. Stat. Ann. Tit. 31 S1 A.8 | $ 400 | |
| **Furs and jewelry** | | | $ 200 |
| Wedding Rings | | | |
| | Okla. Stat. Ann. Tit. 31 S1 A.8. | $ 200 | |
| Watch | | | $ 10 |
| | Okla. Stat. Ann. Tit. 31 S1 A.8. | $ 10 | |
| **Automobiles, trucks, trailers, etc, and accessories** | | | $ 6,535 |
| 1997 Pontiac Transport | | | |
| | Okla. Stat. Ann. Tit. 31 S1 A.13 | $ 3,000 | |
| 1994 Ford Taurus, no lien | | | $ 2,500 |
| | Okla. Stat. Ann. Tit. 31 S1 A.13 | $ 3,000 | |

In re: _Christopher Lamar Ford and Jeanna Marie Ford_ / Debtors      Case No.

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|---|
| 1. | Account No.<br>Chase Manhattan Mortgage Corp<br>P O Box 24850<br>Columbus OH 43224 | 1998<br>Mortgage<br>aka 1322 W Pittsburg Pl, BA OK<br>Value: $ 136,600.00 | $ 110,011.00 | $ 0.00<br>*Joint Debt |
| 2. | Account No.<br>Vandever Trails Homeowners<br>ATTN J D Rhodes<br>P O Box 2863<br>Broken Arrow OK 74013-2863 | 01-02<br>Mortgage<br>aka 1322 W Pittsburg Pl, BA OK<br>association dues<br>Value: $ 136,600.00 | $ 356.00 | $ 0.00<br>*Joint Debt |
| 3. | Account No.<br>Washington Mutual Finance<br>4311 South Sheridan<br>Tulsa OK 74145 | 1998<br>Non-Purchase Money Security<br>household goods<br>Value: $ 300.00 | $ 4,359.00 | $ 4,059.00<br>*Joint Debt |
| 4. | Account No.<br>Washington Mutual Finance BA<br>1422 W Kenosha St<br>Broken Arrow OK 74012-8959 | Mortgage<br>aka 1322 W Pittsburg Pl, BA OK<br>Value: $ 136,600.00 | $ 3,852.00 | $ 0.00<br>*Joint Debt |
| 5. | Account No.<br>WFS Financial, Inc.<br>Bankruptcy Dept<br>6061 N. State Hwy 161<br>Irving TX 75038 | 11/99<br>Purchase Money Security<br>1997 Pontiac Transport<br>Value: $ 6,535.00 | $ 8,916.00 | $ 2,381.00<br>*Joint Debt |

No continuation sheets attached

Subtotal: $ 127,494.00
Total: $ 127,494.00

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors      Case No.

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this
Schedule E.

## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
     Claims arising in the ordinary course of the debtor's business or financial affairs
     after the commencement of the case but before the earlier of the appointment of a
     trustee or the order for relief.  11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
     Wages, salaries, and commissions, including vacation, severance, and sick leave pay
     owing to employees and commissions owing to qualifying independent sales
     representatives up to $4000* per person earned within 90 days immediately preceding
     the filing of the original petition, or the cessation of business, whichever
     occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
     Money owed to employee benefit plans for services rendered within 180 days immediately
     preceding the filing of the original petition, or the cessation of business, whichever
     occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
     Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against
     the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
     Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of
     property or services for personal, family, or household use, that were not delivered
     or provided.  11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
     Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or
     support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
     Taxes, customs duties, and penalties owing to federal, state, and local governmental
     units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift
     Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve
     System, or their predecessors or successors, to maintain the capital of an insured
     depository institution.  11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter
  with respect to cases commenced on or after the date of adjustment.

                    No continuation sheets attached

In re: _Christopher Lamar Ford and Jeanna Marie Ford_ / Debtors      Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1.  Account No. BA107542<br>All American Fitness<br>P. O. Box 33007<br>Tulsa OK 74153-0007 | 11/99<br>fitness contract | $ 488.00<br>*Joint Debt |
| 2.  Account No.<br>All American Fitness<br>5416 S Yale Ave Ste 200<br>Tulsa OK 74135 | 2nd address | $ 0.00<br>*Joint Debt |
| 3.  Account No. 01321196<br>Arrow Exterminators<br>801 S Main<br>Tulsa OK 74102 | 2001<br>service | $ 60.00<br>*Husband's Debt |
| 4.  Account No.<br>Lolita Asberry<br>705 E 42nd St N<br>Tulsa OK 74102 | notice only | $ 0.00<br>*Joint Debt |
| 5.  Account No.<br>Vivian Asberry<br>705 E 42nd St. N<br>Tulsa OK 74102 | notice only | $ 0.00<br>*Joint Debt |
| 6.  Account No. 431412116<br>Bank IV Bankruptcy Dept<br>P O Box 2360<br>Tulsa OK 74101-2360 | 2002<br>service charges | $ 240.00<br>*Joint Debt |
| 7.  Account No. 422602600<br>Bank of Oklahoma, N.A.<br>P. O. Box 2300<br>Tulsa, OK  74192 | 4/94<br>fees | $ 322.00<br>*Joint Debt |
| 8.  Account No. 431412116<br>Chex Systems<br>Consumer Relations<br>12005 Ford Rd Ste 600<br>Dallas TX 75234 | 8/00<br>Tulsa Emp F CU | $ 0.00<br>*Wife's Debt |

4 continuation sheets attached                                     Subtotal:     $ 1,110.00

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors      Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| | Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|---|
| 9. | Account No. Chex Systems Dept C 1550 E 79th St Minneapolis MN 55425 | 2nd address | $ 0.00 *Joint Debt |
| 10. | Account No. unknown Chrysler Financial 27777 Franklin Rd Southfield MI 48034-8286 | 1992 repossessed car | Unknown *Joint Debt |
| 11. | Account No. 1f5934992004669 Coldata Coll Co 1979 Marcus Ave Ste 100 Lake SUccess NY 11042 | 3/01 collection agency First Natl | $ 0.00 *Joint Debt |
| 12. | Account No. Danny Myers Quality Body Shop General Delivery Tulsa OK 74101 | 1997 mechanic's bill | Unknown *Joint Debt |
| 13. | Account No. g1993040275982015 Diversified Collection Serv 555 McCormick Street San Leandro CA 94577 | 1983 collection agency U S Dept of Educ | $ 0.00 *Joint Debt |
| 14. | Account No. BA107542 First City Acceptance P. O. Box 35799 Tulsa OK 74153-0799 | 11/99 collection agency all american fitness | $ 0.00 *Joint Debt |
| 15. | Account No. af5934992004669 First National Bank and Trust P O Box 98873 Las Vegas NV 89193 | 3/01 Credit card purchases | $ 726.00 *Wife's Debt |
| 16. | Account No. 4249780 Floral Haven Funeral Service 6500 South 129th E. Avenue Tulsa, OK 74012 | 7/97 Consumer Purchase | $ 204.00 *Joint Debt |

Sheet no. 1 of 4                                              Subtotal:      $ 930.00

In re: _Christopher Lamar Ford and Jeanna Marie Ford_ / Debtors    Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred<br>Consideration for Claim | Claim Amount<br>and Notes* |
|---|---|---|
| 17. Account No.<br>GC Services<br>6330 Gulfton<br>Houston TX 77081 | collection agency<br>MCI | $ 0.00<br>*Joint Debt |
| 18. Account No.<br>Grolier Books<br>P O Box 1704<br>Dansbury CT 06816 | Consumer Purchase | $ 13.00<br>*Joint Debt |
| 19. Account No.<br>Tim Harris Office<br>201 W 5th Ste 450<br>Tulsa OK 74103 | notice only | $ 0.00<br>*Joint Debt |
| 20. Account No.<br>Internal Revenue Service<br>Special Procedures Staff<br>55 N. Robinson, Stop 5024<br>Oklahoma City, OK  73102-9229 | notice only | $ 0.00<br>*Joint Debt |
| 21. Account No.<br>IRS<br>Austin TX 73301 | notice only | $ 0.00<br>*Joint Debt |
| 22. Account No.<br>Maxine Brown Cunnyngham<br>5900 NW Grand Blvd<br>Oklahoma City OK 73118 | Attorney for<br>blazer (mortgage Elec registratin | $ 0.00<br>*Joint Debt |
| 23. Account No. 5ba42556<br>MCI Telecommunications<br>3470 Rider Trail So<br>Earth City MO 63045 | 1998<br>Consumer Purchase | $ 325.00<br>*Husband's Debt |
| 24. Account No.<br>National Account Svcs<br>1905 E Mission Blvd #5<br>P O BOx 3678<br>Fayetteville AR 72702 | 10/00<br>collection agency<br>providian | $ 0.00<br>*Joint Debt |

Sheet no. 2 of 4                                    Subtotal:      $ 338.00

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors     Case No.

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred<br>Consideration for Claim | Claim Amount<br>and Notes* |
|---|---|---|
| 25. Account No.<br>Oklahoma Tax Commission<br>RE: Income Tax Div<br>2501 Lincoln Blvd.<br>Oklahoma City, OK 73105-4303 | notice o nly | $ 0.00<br>*Joint Debt |
| 26. Account No.<br>Page One Plus<br>1532 E Apache Ste E<br>Tulsa OK 74105 | 1998<br>Consumer Purchase | $ 24.00<br>*Husband's Debt |
| 27. Account No. 20006121336<br>Primary Network<br>11756 Borman Dr Ste 212<br>St Louis Mo 63146 | 1998<br>internet service | $ 30.00<br>*Husband's Debt |
| 28. Account No. 181288<br>Providian<br>P O Box 24224<br>Louisville KY 40224-0224 | 10/00<br>Credit card purchases | $ 1,307.00<br>*Husband's Debt |
| 29. Account No. 4361471200579108<br>Providian<br>P O Box 24224<br>Louisville KY 40224-0224 | 10/00<br>Credit card purchases | $ 1,874.00<br>*Wife's Debt |
| 30. Account No.<br>RMCB (Retrieval Masters<br>Creditors Bureau, Inc.)<br>2269 Sawmill River Rd Bldg 3<br>Elmsford NY 10523 | collection agency<br>Grolier | $ 0.00<br>*Joint Debt |
| 31. Account No. 4406020003<br>St Francis Home Med Equip<br>P O BOx 700231<br>Tulsa OK 74170-0231 | 2nd address | $ 0.00<br>*Joint Debt |
| 32. Account No. various<br>St. Francis Hospital<br>P.O.Box 706161<br>Tulsa, OK 74170-6161 | 2000<br>Medical bills | $ 269.00<br>*Wife's Debt |

Sheet no. 3 of 4                                    Subtotal:     $ 3,504.00

In re: _Christopher Lamar Ford and Jeanna Marie Ford_ / Debtors      Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor Name and Address | Date Claim was Incurred<br>Consideration for Claim | Claim Amount<br>and Notes* |
|---|---|---|
| 33. Account No. 013621196<br>TAB<br>1754 Utica Square<br>P.O. Box 52039<br>Tulsa OK 74152-0039 | collection agency<br>Arrow | $ 0.00<br>*Joint Debt |
| 34. Account No. 431412116<br>Tulsa Municipal Credit U<br>1120 W. 17th<br>Tulsa OK 74107 | 8/00<br>Credit card purchases | $ 154.00<br>*Wife's Debt |
| 35. Account No. 12667<br>Turf Care<br>P O BOx 54413<br>Tulsa OK 74155-0413 | 5/00<br>Services | $ 141.00<br>*Husband's Debt |
| 36. Account No.<br>U.S. Attorney<br>re: Tax<br>333 W 4th #3460<br>Tulsa, OK 74103 | notice only | $ 0.00<br>*Joint Debt |
| 37. Account No. g1993040275982015<br>U.S. Dept of Education -<br>Debt Collection Service<br>111 N. Canal St., Suite 1009<br>Chicago IL 60606-7204 | 1983<br>student loan | $ 5,098.00<br>*Joint Debt |
| 38. Account No.<br>U.S.Attorney Gen'l<br>Attn: Tax<br>B-327, 10th & Constitution,NW<br>Washington, DC 20530 | notice only | $ 0.00<br>*Joint Debt |
| 39. Account No. 1902946536<br>Vartec Telecom<br>P O Box 219470<br>Kansas City MO 64121-9470 | 2001<br>service | $ 145.00<br>*Joint Debt |
| 40. Account No.<br>Works & Lentz, Inc.<br>1437 S. Boulder Ave. #900<br>Tulsa, OK 74119-3609 | collection agency<br>St Francis | $ 0.00<br>*Joint Debt |

Sheet no. 4 of 4

Subtotal:  $ 5,538.00
Total:     $ 11,420.00

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors      Case No.

## SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
| --- | --- |

[X] No executory contracts or unexpired leases.

In re: _Christopher Lamar Ford and Jeanna Marie Ford_ / Debtors      Case No.

## SCHEDULE H — CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|

[X] Debtor has no codebtors.

In re: _Christopher Lamar Ford and Jeanna Marie Ford_ / Debtors      Case No.

## SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: _Married_

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|------|-----|--------------|
| Christopher Jr | 13 | Son |
| Makenzie | 6 | Daughter |
| Jaden | 2 | Son |

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|--|--------|--------|
| Occupation: | Executive Chef | LPN (part time) |
| Name of Employer: | Imperial Food Services | Springer Clinic |
| How Long Employed: | 5 months | 4 years |
| Employer Address: | 11740 E 11th | 6160 S Yale aVE |
|  | Tulsa OK 74128 | tULSA OK 74136 |

|  | DEBTOR | SPOUSE |
|--|--------|--------|
| INCOME: |  |  |
| Current monthly gross wages, salary, and commissions | $ 5,315.01 | $ 975.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 5,315.01 | $ 975.00 |
| LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes and social security | $ 923.45 | $ 47.67 |
| b. Insurance | $ 516.66 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,440.12 | $ 47.67 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,874.89 | $ 927.33 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,874.89 | $ 927.33 |
| TOTAL COMBINED MONTHLY INCOME | $ 4,802.22 |  |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
    NONE

Schedule I—Current Income Page 1 of 1

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors      Case No.

## SCHEDULE J—CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,022.00 |
| Are real estate taxes included?    Yes_x_   No___ | |
| Is property insurance included?    Yes_x_   No___ | |
| Utilities: Electricity and heating fuel | $ 160.00 |
|        Water and sewer | $ 70.00 |
|        Telephone | $ 100.00 |
|        Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food | $ 500.00 |
| Clothing | $ 200.00 |
| Laundry and Dry cleaning | $ 80.00 |
| Medical and Dental expenses | $ 90.00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ 75.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|        Homeowner's or renter's | $ 0.00 |
|        Life | $ 20.00 |
|        Health | $ 0.00 |
|        Auto | $ 136.00 |
|        Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ 0.00 |
| Installment payments: | |
|        Auto | $ 438.00 |
|        Other 2nd mortgage | $ 256.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement) | $ 0.00 |
| Other See Attachment, Schedule J | $ 1,584.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 4,931.00 |

ATTACHMENT TO SCHEDULE J
FOR: Christopher & Jeanna Ford)

| | |
|---|---|
| 50.00 | baby-sitting |
| 40.00 | Diapers |
| 200.00 | child care |
| 50.00 | Children-Special Medical - (allergies) |
| 50.00 | extra-curricular activities for children |
| 75.00 | Nancy Clark school of dance |
| 100.00 | internet service |
| 100.00 | Sports |
| 70.00 | Children, lunches at school |
| 30.00 | School/tuition/expense |
| 44.00 | Children, hair cuts |
| | |
| 60.00 | Debtor - hair cuts |
| 20.00 | Debtor -spec med exp (prescriptions) |
| | |
| 40.00 | Spouse - lunches at work |
| 60.00 | Spouse - hair cuts |
| 40.00 | Spouse - spec med exp (prescriptions) |
| 85.00 | Spouse - cigarettes |
| | |
| 125.00 | old car repairs |
| 25.00 | house repairs (roof, floor, plumbing, electrical, etc.) |
| 160.00 | cell phones |
| 60.00 | cable tv or satellite |
| 100.00 | Toiletries |
| | |
| 1584.00 | **TOTAL** |

In re: *Christopher Lamar Ford and Jeanna Marie Ford* / Debtors      Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 18 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   12-4-02     Signature _____

                                       *Christopher Lamar Ford, Debtor*

Date   12-4-02     Signature _____

                                       *Jeanna Marie Ford, Joint Debtor*

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re  *Christopher Lamar Ford*                             Case No.
         and                                               Chapter *7*

        *Jeanna Marie Ford*
_____ / Debtors

Attorney for Debtor: Thomas O. Matthews OBA#5788

## STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

    State the gross amount of income the debtor has received from employment, trade, or
profession, or from operation of the debtor's business from the beginning of this calendar
year to the date this case was commenced. State also the gross amounts received during the
two years immediately preceding this case calendar year.

        *Debtor*
        Income, year to date: *2002: $45,000*
                 Last year: *2001: $49,000 est*
                 Year before: *2000: $49,000 est*
                    Source(s):

        *wife*
        Income, year to date: *$6000*
                 Last year: *$11000*
                 Year before: *2000 none*
                    Source(s):

2. Income other than from Employment or Operation of Business.

    State the amount of income received by the debtor other than from employment, trade,
profession, or operation of the debtor's business during the two years immediately
preceding the commencement of this case.

    [X] None

## 3. Payments to Creditors.

a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

[X] None

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

## 4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

             Case title: *Washington Mutual Finance Vs Chris & Jeanna Ford*
                 Case #: *SC 2002-19025*
    Court/Agency location: *Tulsa*
    Nature of proceeding: *Money Judgment*
       Suit status: *Judgment*

             Case title: *Mortgage Electronic Registration Systems Inc*
                *v Christopher lama Ford & Jeanna Marie Ford et al*
                 Case #: *CJ 2000-3571*
    Court/Agency location: *Tulsa*
    Nature of proceeding: *money judgment*
       Suit status: *judgment*

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

5. Repossessions, Foreclosures and Returns.

    List all property that has been repossessed by a creditor, sold at a foreclosure
sale, transferred through a deed in lieu of foreclosure or returned to the seller, within
one year immediately preceding the commencement of this case.

    [X] None

_____

6. Assignments and Receiverships.

    a. Describe any assignment of property for the benefit of creditors made within 120
days immediately preceding the commencement of this case.

    [X] None

_____

    b. List all property which has been in the hands of a custodian, receiver, or
court-appointed official within one year immediately preceding the commencement of this
case.

    [X] None

_____

7. Gifts.

    List all gifts or charitable contributions made within one year immediately preceding
the commencement of this case except ordinary and usual gifts to family members
aggregating less than $200 in value per individual family member and charitable
contributions aggregating less than $100 per recipient.

    [X] None

_____

8. Losses.

    List all losses from fire, theft, other casualty or gambling within one year
immediately preceding the commencement of this case or since the commencement of this
case.

    [X] None

_____

9. Payments Related to Debt Counseling or Bankruptcy.

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

                 Payee: *Thomas O. Matthews OBA#5788*
               Address: *4137 S. Harvard Ave.*
                 Addr2: *Suite G, Tulsa OK 74135*
       Date of payment:
                 Payor: *Christopher Lamar Ford*
         Payment/Value: *$ 250.00*

10. Other Transfers.

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

    [X] None

11. Closed Financial Accounts.

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

    [X] None

12. Safe Deposit Boxes.

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

    [X] None

Statement of Affairs -- Page 4

### 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

---

### 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

---

### 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

---

REST OF PAGE BLANK, STATEMENTS CONTINUED ON NEXT PAGE

[x] NONE   **16. Spouses and Former Spouses.**

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska,
Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)
within the six-year period immediately preceding the commencement of the case, identify the name of the
debtor's spouse and of any former spouse who resides or resided with the debtor in the community property
state.

-----------------------------------------------------------------------------------------------------

[x] NONE   **17. Environmental Information.**

     For the purpose of this question, the following definitions apply:
     "Environmental Law" means any federal, state, or local statue or regulation  regulating pollution,
contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface
water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the
cleanup of these substances, wastes or material.
     "Site" means any location, facility or property as defined under any Environmental Law, whether or not
presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.
     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

-----------------------------------------------------------------------------------------------------

[x] NONE   a.  List the name and address of every site for which the debtor has received notice in writing by
a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.
Indicate the governmental unit the date of the notice, and, if known, the Environmental Law.
    SITE NAME          NAME AND ADDRESS       DATE OF          ENVIRONMENTAL
    AND ADDRESS        OF GOVERNMENTAL UNIT   NOTICE           LAW

-----------------------------------------------------------------------------------------------------

[x] NONE   b.  List the name and address of every site for which the debtor provided notice to a governmental
unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the
date of the notice.
    SITE NAME          NAME AND ADDRESS       DATE OF          ENVIRONMENTAL
    AND ADDRESS        OF GOVERNMENTAL UNIT   NOTICE           LAW

-----------------------------------------------------------------------------------------------------

[x] NONE   c. List all judicial or administrative proceedings, including settlements or orders, under any
Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the
governmental unit that is or was a party to the proceeding, and the docket number.
    NAME AND ADDRESS            DOCKET NUMBER          STATUS OR
    OF GOVERNMENTAL UNIT                               DIPOSITION

-----------------------------------------------------------------------------------------------------

[x] NONE   **18. Nature, location and name of business.**   [NONE unless within last 6 years.]

[X] NONE   a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers,
nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer,
directo, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a
self-employed professional within the **SIX (6) YEARS** immediately preceding the commencement of this case.
     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities, within the **six years** immediately preceding the
commencement of this case.
     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
businessess, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the **six years** immediately preceding the commencement
of this case.

    TAXPAYER       TAXPAYER         TAXPAYER         NATURE OF        BEGINNING AND
    NAME           I.D. NUMBER      ADDRESS          BUSINESS         ENDING DATES

-----------------------------------------------------------------------------------------------------

[X] NONE   b.  Identify any business listed in response to subdivision a., above, that is "single asset
real estate" as defined in 11 U.S.C. 101.
         NAME                          ADDRESS

-----------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date  12-4-02          Signature  _Christopher Lamar Ford_

Christopher Lamar Ford, Debtor

Date  12-4-02          Signature  _Jeanna Marie Ford_

Jeanna Marie Ford, Joint Debtor

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re  *Christopher Lamar Ford*
     and
    *Jeanna Marie Ford*

Case No.
Chapter 7

_____ / Debtors

Attorney for Debtor: Thomas O. Matthews OBA#5788

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION — JOINT DEBTS

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. Property to be Surrendered

| Description of Property | Creditor's Name |
|---|---|
| NONE | |

b. Property to be Retained

| Description of Property | Creditor's Name | Intention |
|---|---|---|
| aka 1322 W Pittsburg Pl, BA OK | Chase Manhattan Mortgage Corp<br>P O Box 24850<br>Columbus OH 43224 | continue to pay |
| " | Washington Mutual Finance BA<br>1422 W Kenosha St<br>Broken Arrow OK 74012-8959 | continue to pay |
| " | Vandever Trails Homeowners<br>ATTN J D Rhodes<br>P O Box 2863<br>Broken Arrow OK 74013-2863 | continue to pay |
| household goods | Washington Mutual Finance<br>4311 South Sheridan<br>Tulsa OK 74145 | Avoid & Exempt 522(f)* |
| 1997 Pontiac Transport | WFS Financial, Inc.<br>Bankruptcy Dept<br>6061 N. State Hwy 161<br>Irving TX 75038 | Reaffirm 524(c)* |

Statement of Intention -- Joint Debts, Page 1 of 2

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - JOINT DEBTS
(Continuation Sheet)

### Signature of Debtor(s)

Debtor: *Christopher Lamar Ford*

Joint Debtor: *Jeanna Marie Ford*

Date: Dec 4, 2002

Statement of Intention -- Joint Debts, Page 2 of 2